IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 11-839-MJR-SCW |
| | ) |
| WEXFORD HEALTH SOURCE INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

IT IS HEREBY ORDERED that the preparation of the transcript of the evidentiary hearing held on September 14, 2012, in the above entitled cause of action be prepared within seven days by Court Reporter Molly Clayton, and filed with the Clerk of the Court, at the expense of the United States.

**DATED: September 14, 2012**

S/Stephen C. Williams
**STEPHEN C. WILLIAMS**
**United States Magistrate Judge**