IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY WHEELER, | ) |
|            Plaintiff, | ) |
| vs. | ) Case No. 11–cv–839–MJR–SCW |
| WEXFORD HEALTH SOURCES, INC., DENNIS LARSON, CHRISTINE BROWN, ANGEL RECTOR, LOUIS SHICKER, R. SHUTE, RANDY DAVIS, DR. AGRAWAL, G. TAYLOR, O. OBADINA, PAT QUINN, S.A. GODINEZ, JANET ROBERTS, H. BRYANT, NURSE MELVIN, P. DINTELMAN, ANGIE BRUS, DR. SHEPARD, DR. WAHL, DR. SHAH, CRISEY FENTON, SHERRIE L. PERKINS, E. BECKY, JACLYN O'DAY, | ) |
|            Defendants. | ) |

# REPORT & RECOMMENDATION

**WILLIAMS, Magistrate Judge:**

This Report and Recommendation is respectfully submitted to United States District Judge Michael J. Reagan pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C). It is **RECOMMENDED** that Defendants Bryant, Becky, and Shepard be **DISMISSED** from this action .

On October 3, 2012, pursuant to Federal Rule of Civil Procedure 4(m), the undersigned magistrate judge extended the time for Plaintiff Anthony Wheeler to serve (or provide additional information to effectuate service on) Defendants Bryant, Becky, and Shepard. Plaintiff was given until November 5, 2012, to do so, else "the undersigned Judge will recommend that the unserved defendant(s) be dismissed from the action as described in Federal Rule of Civil Procedure 4(m)." (Doc. 141).

The deadline has passed without service on those three defendants, and without additional information to identify the defendants so that process may be served upon them. It is therefore **RECOMMENDED** that Defendants **H. BRYANT, E. BECKY, and DR. SHEPARD** be **DISMISSED** from the case **WITHOUT PREJUDICE**. *See* FED. R. CIV. P. 4(m) ("the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant . . .").

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 73.1(b), the parties may object to any or all of the proposed dispositive findings in this Recommendation. The failure to file a timely objection may result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *See, e.g., Snyder v. Nolen*, 380 F.3d 279, 284 (7th Cir. 2004). **Objections to this Report and Recommendation must be filed on or before December 3, 2012**.

IT IS SO RECOMMENDED.

DATE: 11/15/2012

/s/ *Stephen C. Williams*
**STEPHEN C. WILLIAMS**
United States Magistrate Judge